UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:                                                                                           CASE NO.:

FRANCIS BASIL BURWELL,                               08-01716-8-JRL

DEBTOR                                                                                CHAPTER 7

## REPORT OF SMALL DIVIDENDS

The undersigned trustee in accordance with Rule 3010(a) of the Rules of Bankruptcy Procedure herewith submits the following list of names, addresses and amounts of small dividends:

| Creditor | Amount |
|---|---|
| Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $3.06 |

The trustee has on this date submitted to the Court the amount of $3.06.

Dated:

May 25, 2010

Algernon L. Butler, III
Trustee in Bankruptcy
P.O. Box 38
Wilmington, NC 28402
(910) 762-1908

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age, and that the

REPORT OF SMALL DIVIDENDS

in the above captioned case was this day served upon the below named persons as follows:

<u>By electronic service through CM/ECF:</u>

Bankruptcy Administrator
Post Office Box 3758
Wilson, NC 27895-3758

<u>By mailing, postage prepaid, first class mail, *or by certified mail return receipt requested if indicated below, or by facsimile if indicated below*, of a copy of such instrument to such persons, parties and/or counsel at the address shown below:</u>

| | |
|---|---|
| Dated:<br><br>May 25, 2010 | BUTLER & BUTLER, L.L.P.<br><br>*[signature]*<br>P.O. Box 38<br>Wilmington, NC 28402<br>(910) 762-1908 |